**United States District Court**
**Southern District of Texas**

| | § | |
|---|---|---|
| **Kimberly Madison Merrick,** | § | |
| | § | |
| Plaintiff, | § | Case No. 4:17-cv-02666 |
| | § | |
| v. | § | |
| | § | |
| **Kohl's Department Stores, Inc.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of the above-captioned action with prejudice and with each party to bear its own costs and fees.

*/s / William C. Petit*

William C. Petit
Texas Bar No. 24042289
Federal ID No. 695469
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
Tel: (713) 355-5000
Fax: (713) 355-5001
wpetit@kelleydrye.com

Vincent P. Rao II (admitted pro hac vice)
James B. Saylor (admitted pro hac vice)
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
vrao@kelleydrye.com
jsaylor@kelleydrye.com
Attorney for the Defendant

Date: June 21, 2018

*/s/ Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: June 21, 2018

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 21st day of June, 2018:

William C. Petit
Attorney-In-Charge
Texas Bar No. 24042289
Federal ID No. 695469
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
Tel: (713) 355-5000
Fax: (713) 355-5001

Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com