United States District Court
Southern District of Texas
**ENTERED**
June 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY MADISON MERRICK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2666 |
| | § | |
| KOHL'S DEPARTMENT STORES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on June 21, 2018 (Doc. 18) this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

SIGNED at Houston, Texas, this 27th day of June, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE